UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:01-CR-00185-FDW

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| LINWOOD GERALD KENNY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court on Defendant's Motion to Reduce Sentence, (Doc. No. 323), filed through counsel. Although the Government responded to Defendant's prior motion filed pro se, (see Doc. No. 309), Defendant's most recent motion raises new arguments. Accordingly, the Court DIRECTS the Government to file a response to the Motion within twenty-one days of this Order. Defendant shall have twenty-one (21) days after service of the Government's response to file a final reply brief.

IT IS SO ORDERED.

Signed: June 20, 2023

Frank D. Whitney
United States District Judge